UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KIRBY V. MADISON, SR.,**<br>Plaintiff<br><br>v.<br><br>**CITY OF PATTERSON D/B/A PATTERSON POLICE DEPARTMENT** and **RODNEY GROGAN, INDIVIDUALLY AND IN HIS CAPACITY AS MAYOR OF THE CITY OF PATTERSON**, **LOUISIANA**<br>Defendants | **CIVIL ACTION NO. 6:18-cv-00175**<br><br>**JUDGE** _____<br><br><br>**MAGISTRATE JUDGE** _____ |

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, reserving all claims and defenses, come defendants CITY OF PATTERSON incorrectly named as "CITY OF PATTERSON D/B/A PATTERSON POLICE DEPARTMENT," and RODNEY GROGAN, INDIVIDUALLY AND IN HIS CAPACITY AS MAYOR OF THE CITY OF PATTERSON, LOUISIANA (collectively, "Defendants"), who represent:

1.

Plaintiff, Kirby V. Madison, Sr., filed suit in the Sixteenth Judicial District Court, Parish of St. Mary, State of Louisiana against Defendants on January 22, 2018, seeking damages resulting from alleged acts of Defendants (the "State Court Proceeding"). A copy of the Petition for Declaratory Relief and Damages (the "Petition") filed in the State Court Proceeding is attached hereto as Exhibit "A."

2.

The Petition was allegedly served on Mayor Rodney Grogan on or about January 25, 2018 and on the Mayor Pro Temps of the City of Patterson on or about February 2, 2018.

3.

In the Petition, Plaintiff alleges that Defendants' alleged actions "violated his clearly established rights to a hearing prior to and in conjunction with this discharge as guaranteed pursuant to Louisiana law and, thus, his rights to due process guaranteed pursuant to the 14th Amendment to the United States Constitution." Plaintiff specifically cites entitlement to "punitive damages" and "attorney's fees" pursuant to 42 U.S.C. § 1983.

4.

By alleging a violation of the Constitution and private right of action under 42 U.S.C. § 1983, Plaintiff has alleged a cause of action under Federal Law pursuant to 28 U.S.C. § 1331. As such, removal under 28 U.S.C. § 1441 is proper.

5.

The Petition was filed on January 22, 2018 and service occurred, at the earliest, on January 25, 2018. Thus less than thirty (30) days have elapsed since the Defendants were served with the initial pleading. Consequently, the removal of the claims asserted by Plaintiff in the State Court Proceeding is timely under 28 U.S.C. § 1446(b).

6.

All Defendants join in and consent to filing of this notice and to the removal of this action.

7.

Defendants respectfully request that this "Notice of Removal" be filed in the records of the United States District Court for the Western District of Louisiana, effecting the removal of that certain matter styled "Kirby V. Madison, Sr. v. City of Patterson D/B/A Patterson Police Department and Rodney Grogan, Individually and in His Capacity as Mayor of the City of Patterson, Louisiana," bearing the Civil Action No. 132062 on the docket of the Sixteenth Judicial District Court, St. Mary Parish, Louisiana to the United States District Court for the Western District of Louisiana.

8.

Upon filing of this Notice of Removal, Defendants will provide written notification to Plaintiff and any other parties of such action and will file a copy of the Notice of Removal with the District Clerk of St. Mary Parish, Louisiana. A Copy of the State Court notification accompanies this Notice of Removal as Exhibit "B."

9.

Defendants show that a copy of this Notice of Removal has been mailed to all counsel of record this 9th day of February, 2018.

**WHEREFORE**, Defendants pray that the above action, now pending against them in the Sixteenth Judicial District Court, Parish of St. Mary, State of Louisiana,

be removed therefrom to this Court and that the Sixteenth Judicial District Court, Parish of St. Mary, State of Louisiana proceed no further.

Respectfully Submitted:

NEUNERPATE

By: 

**JAMES L. PATE**, #10333
(JPate@neunerpate.com)
**CLIFF A. LaCOUR**, #30581
(CLaCour@neunerpate.com)
**B. LANCE PERSON**, #35280
(LPerson@neunerpate.com)
One Petroleum Center
1001 W. Pinhook Rd., Suite 200
Lafayette, Louisiana 70503
Tel:  337-237-7000
Fax:  337-233-9450

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has this day been forwarded to all known counsel of record via e-mail and by placing a copy of same in the United States Mail, postage prepaid and properly addressed this 9th day of February, 2018.

COUNSEL